# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER D.[1], an Individual, | Case No.: 5:20-00508 ADS |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

In accordance with the Memorandum Opinion and Order, Dkt. No. 18, filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATE: May 27, 2021

                                           /s/ Autumn D. Spaeth
                              THE HONORABLE AUTUMN D. SPAETH
                              United States Magistrate Judge